# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

**FILED**
01/03/2020
Clerk, U.S. District Court
Western District of Texas

by: Y. Lujan
Deputy

USA

vs.

(1) Jacobo Pu-Ramirez

§
§ CRIMINAL COMPLAINT
§ CASE NUMBER: PE:20-M -00010(1)
§
§

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Jacobo Pu-Ramirez, was presented by counsel, FPD Jack Meredith.

The defendant pled guilty to the complaint on January 03, 2020. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
| --- | --- | --- |
| 8 USC 1325(a)(1) | ILLEGAL ENTRY | 12/29/2019 |

As pronounced on January 03, 2020, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **TIME SERVED.** The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The Government, through an oral motion, moves to remit the $10.00 special assessment imposed, pursuant to 18 U.S.C. § 3013, as reasonable efforts to collect this assessment are not likely to be effective. The Court accepts the motion. **Special assessment is remitted.**

The fine is waived because of the defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Filed and signed on this the 3rd day of January, 2020.

_____
DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE

Arresting Agency: Marfa Sector Border Patrol
USM #:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number: PE:20-M -00010(1) |
| (1) Jacobo Pu-Ramirez | § | |
| *Defendant* | § | |

## INITIAL APPEARANCE/ ARRAIGNMENT/ PLEA AND SENTENCE

On January 03, 2020, the defendant appeared in Open Court before U.S. Magistrate Judge DAVID B. FANNIN. He/She affirmed that he/she is the person named in the complaint/indictment and a copy was given to him/her.

**The defendant was advised as follows:**

1) The nature of the charge against him/her.
2) The right to retain counsel or to request the assignment of counsel if he/she was unable to obtain counsel.
3) That he/she is not required to make any statement and that any statement he/she makes may be used against him/her.
4) The right to a preliminary examination if not indicted; and,
5) The right to consideration of bail.

**Attorney**
( X )   Meredith, Jack   FPD

**Bond**
(   )   No Bond Set.
**OTHER**
( )

## SENTENCE IMPOSED BY THE COURT

(X)   Sentenced to: TIME SERVED
      Special Assessment: NONE

(   )   Waived Initial Appearance- Govt moves to DISMISS case, Court Accepts: **CASE DISMISSED.**

**Interpreter Needed:**   YES           Court Reporter  FTR
**Language Barrier Disclosure:**   It was established this Initial Appearance this defendant has a potential language barrier.  Native Language is :

| | | |
|---|---|---|
| | 12:43 p.m to 12:53 p.m | Arrested on: 12/30/2019 in Brewster County |
| Time: | 00 Minutes | |

AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
01/03/2020
Clerk, U.S. District Court
Western District of Texas

by: J. Hinojos
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: PE:20-M -00010(1) |
| | § |
| (1) Jacobo Pu-Ramirez | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 30, 2019** in **Brewster** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter or attempt to enter the United States at a time and place other than as designated by immigration officers.

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **BORDER PATROL AGENT** and that this complaint is based on the following facts: *"The defendant, Jacobo PU-Ramirez was arrested on December 30, 2019, in the Western District of Texas by Sanderson Border Patrol Agents. The defendant is a citizen and national of Guatemala, who is present in the United States without having been admitted or paroled by an Immigration Officer. The Defendant last entered the United States on or about December 29, 2019 in Brewster County, Texas, in the Western District of Texas at a time and place not designated as*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
RAPA, CHRISTOPHER
BORDER PATROL AGENT

January 03, 2020             at   Alpine, Texas
Date                                   City and State

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE          Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:20-M -00010(1)

WESTERN DISTRICT OF TEXAS

(1) Jacobo Pu-Ramirez

FACTS   (CONTINUED)

a port of entry by the Secretary of Homeland Security.  The Defendant is not in possession of Immigration documents allowing him/her to be in, or remain in, the United States legally.

Defendant is a citizen and national of Guatemala.

The Government can prove that on December 29, 2019, the defendant, Jacobo PU-Ramirez, who is a native and citizen of Guatemala, did enter or attempt to enter the United States illegally, near Del Rio, Texas, by crossing the Rio Grande River at a time and place other than designated by Immigration Officers, for entry into the United States.


IMMIGRATION HISTORY:
The DEFENDANT has been deported 1 time(s), the last one being to GUATEMALA on November 14, 2019, through EL PASO, TX


CRIMINAL HISTORY:
PU-RAMIREZ, JACOBO has no known criminal history.